# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNSEL MITCHELL,<br><br>    Plaintiff,<br><br>vs.<br><br>VETERANS ADMINISTRATION OF UNITED STATES,<br><br>    Defendant. | 1:19-cv-00097-AWI-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

Plaintiff Hunsel Mitchell, proceeding pro se, filed this civil action on January 23, 2019, along with an application to proceed in forma pauperis. (Doc. Nos. 1, 2.) However, Plaintiff's form application to proceed in forma pauperis is not complete.

Plaintiff's application indicates that he has received money from a number of sources in the past twelve months, but he fails to identify the amount received and what he expects he will continue to receive. (Doc. No. 2 at 1.) Plaintiff's application also indicates that he has cash or checking or savings accounts, but he does not state the total amount. He further states that he owns real estate, stocks, bonds, securities, other financial instruments, automobiles or other things of value, but he does not clearly describe the property or state its value. (Doc. No. 2 at 2.) The Court cannot consider Plaintiff's incomplete application.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

2. No extension of time will be granted without a showing of good cause; and

3. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **March 11, 2019**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE