# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURSEL FLOYD MITCHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>VETERANS ADMINISTRATION OF UNITED STATES,<br><br>    Defendant. | Case No. 1:19-cv-00097-AWI-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF Nos. 2, 4)<br><br>THIRTY-DAY DEADLINE |

On January 23, 2019, Plaintiff Hursel Floyd Mitchell ("Plaintiff"), proceeding pro se, filed the complaint in this action. (ECF No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2). The application was incomplete, and the Court directed Plaintiff to submit a completed application or pay the filing fee. (ECF No. 3.)

On April 11, 2019, Plaintiff submitted a second application to proceed in forma pauperis. (ECF No. 4.) However, as with his original application, Plaintiff's second application also is incomplete. Plaintiff indicates that he is receiving Social Security income, but does not identify the amount. Additionally, despite previously reporting income received from other sources, Plaintiff now indicates that he only receives Social Security income. He also no longer represents that he has a cash, checking or savings account or other items of value. (Id.)

1

Plaintiff's application again is insufficient for the Court to determine if he is entitled to proceed without prepayment of fees in this action.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. Plaintiff is cautioned that his application must comply with Federal Rule of Civil Procedure 11(b), and his representations must be supported, and any denials of income must be warranted. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **thirty (30) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **April 18, 2019**         /s/ *Barbara A. McAuliffe*
         UNITED STATES MAGISTRATE JUDGE