UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURSEL F. MITCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>VETERANS ADMINISTRATION OF UNITED STATES,<br><br>    Defendant. | Case No. 1:19-cv-00097-AWI-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S APPLICATIONS FOR LEAVE TO PROCEED IN FORMA PAUPERIS BE DENIED<br><br>(Doc. Nos. 2, 4, 6, 7)<br><br>ORDER DIRECTING PAYMENT OF FILING FEE IN FULL<br><br>THIRTY-DAY DEADLINE |

Plaintiff Hursel Floyd Mitchell ("Plaintiff"), proceeding pro se in this civil matter, initiated this action on January 23, 2019. (Doc. 1).

On July 11, 2019, the assigned magistrate judge issued findings and recommendations that Plaintiff's applications to proceed without prepayment of fees and costs be denied and Plaintiff be required to pay the $400.00 filing fee in full to proceed with this action. (Doc. No. 7.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. The time to file objections has passed, and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The July 11, 2019 findings and recommendations (Doc. No. 7) are adopted in full;
2. Plaintiff's applications to proceed without prepayment of fees and costs are denied;
3. Within thirty (30) days from the date of this order, Plaintiff is required to pay the $400.00 filing fee in full to proceed with this action; and
4. Plaintiff's failure to comply with this Order will result in dismissal of this action for failure to prosecute.

IT IS SO ORDERED.

Dated: August 21, 2019

SENIOR DISTRICT JUDGE